**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SETH T. FLOYD, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
               sfloyd@theurbanlawfirm.com
*Counsel for Plaintiff Laborers International Local 872*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872,<br><br>Plaintiff,<br><br>vs.<br><br>PIPE MAINTENANCE SERVICE, INC., a Nevada Corporation,<br><br>Defendants. | CASE NO: 2:16-cv-01614-RFB-GWF<br><br>**STIPULATION TO DISMISS PIPE MAINTENANCE SERVICE, INC. WITH PREJUDICE** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872 (hereinafter "Plaintiff"), by and through their counsel of record, The Urban Law Firm, and Defendant, Pipe Maintenance Service, Inc. (hereinafter "Pipe Maintenance") by and through its counsel, Lewis Roca Rothgerber Christie LLP, do hereby jointly stipulate to the dismissal of all of Plaintiffs' claims against Pipe Maintenance, with prejudice.   The dismissal of these claims results in the dismissal of this case in its entirety.

   Plaintiffs and Defendant have executed a Settlement Agreement setting forth the terms of their settlement.  Each party shall bear its own costs and fees incurred in this dispute.

| | |
|---|---|
| DATED this 2nd day of March, 2017 | DATED this 2nd day of March, 2017 |
| **THE URBAN LAW FIRM** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| By: /s/ *Seth T. Floyd*<br>Seth T. Floyd, Nevada State Bar No 11959<br>*Counsel for Plaintiffs Laborers International Local 872* | By: /s/ *Matthew W. Park*<br>Matthew W. Park, Nevada State Bar No 12062<br>*Counsel for Defendant Pipe Maintenance Service, Inc.* |

**CERTIFICATE OF MAILING**

I CERTIFY that on the 2nd day of March, 2017, I electronically filed the above **STIPULATION TO DISMISS PIPE MAINTENANCE SERVICE, INC. WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system and have served all registered users through that system.

_/s/ April Denni_
**An Employee of The Urban Law Firm**

CASE NO: 2:16-cv-01614-RFB-GWF
STIPULATION TO DISMISS PIPE MAINTENANCE SERVICE, INC. WITH PREJUDICE

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of March, 2017.